UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-1308 DSF (AJWx) | Date | 3/22/12 |
|---|---|---|---|
| Title | Alexander Johnson v. 99 Only Stores | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING Motion to Dismiss (Docket No. 4)

The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for March 26, 2012 is removed from the Court's calendar.

The motion to dismiss is GRANTED for the reasons stated in the motion. The Complaint does not allege that Plaintiff has been denied a good or service that bears some "nexus" to the public accommodation's "actual physical space." Weyer v. Twentieth Century Fox Film Corp., 198 F.3d 1104, 1114 (9th Cir. 2000); see also Nat'l Fed'n of the Blind v. Target Corp., 452 F. Supp. 2d 946, 952 (N.D. Cal. 2006).

Plaintiff is granted leave to amend the Complaint in conformity with this Order. An amended complaint must be filed and served no later than April 20, 2012. Failure to file by that date will waive Plaintiff's right to do so. The Court does not grant leave to add new defendants or new claims. Leave to add defendants or new claims must be sought by a separate, properly noticed motion.

IT IS SO ORDERED.