1
2
3  JS 6
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION
11

| 12 | ALEXANDER JOHNSON, | Case No. 12-cv-1308-DSF(AJWx) |
| 13 | Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| 14 | vs. | |
| 15 | 99 ONLY STORES and DOES 1 - 10, | |
| 16 | Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

1        **WHEREAS,** Plaintiff Alexander Johnson ("Plaintiff") commenced this action against Defendant 99¢ Only Stores ("Defendant") alleging that the absence of captioning or transcripts accompanying videos available on 99only.com, YouTube.com, and Facebook.com constitutes a violation of the Americans with Disabilities Act, 28 U.S.C. § 12182, and its implementing regulations, 28 C.F.R. § 36.303, and therefore a violation of the Unruh Civil Rights Act, Cal. Civ. Code § 51.

       **WHEREAS,** Defendant filed a motion to dismiss this action for failure to state a claim. (Dkt. No. 4.)

       **WHEREAS,** on March 22, 2012, after full briefing, the Court issued an order granting Defendant's motion to dismiss "for the reasons stated in the motion," and granted Plaintiff leave to file and serve an amended complaint no later than April 20, 2012, and Plaintiff elected not to do so. (Dkt. No. 7.)

       **WHEREAS,** the parties through their counsel of record stipulate to the dismissal of this action with prejudice.

       **NOW THEREFORE,** pursuant to the parties' Stipulation, this action is **DISMISSED** in its entirety **WITH PREJUDICE**.

DATED: 4/26/23

*Dale S. Fischer*
The Honorable Dale S. Fischer
United States District Judge